Before EDWIN H. SMITH, Chief Judge, RONALD R. HOLLIGER, Judge, and PAUL M. SPINDEN, Judge.

## ORDER

Gregg Dragoo appeals the denial of his Rule 24.035 motion for post-conviction relief. Dragoo's motion was denied after evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Rule 84.16(b).

Before ROBERT G. ULRICH, Presiding Judge, JAMES M. SMART, JR., Judge, and JOSEPH M. ELLIS, Judge.

## *ORDER*

PER CURIAM.

Donnie Bolden appeals the denial of his Rule 29.15 motion for post-conviction relief, following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

---

**Donnie R. BOLDEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63757.**

Missouri Court of Appeals,
Western District.

March 15, 2005.

Dimitra Y. Massey, Kansas City, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

**STATE of Missouri, Respondent,**

v.

**Joseph R. GIBSON, Appellant.**

**No. WD 62806.**

Missouri Court of Appeals,
Western District.

March 15, 2005.

Sarah Weber Patel, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for Respondent.